UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | Magistrate Case No. |
| | ) | |
| Plaintiff, | ) | |
| | ) | COMPLAINT FOR VIOLATION OF: |
| v. | ) | |
| | ) | Title 8 U.S.C., Sec. 1324 (a)(2)(B)(iii) |
| Porfirio ORTEGA-Rivera, | ) | Bringing in Illegal Aliens Without |
| | ) | Presentation |
| | ) | |
| Defendant(s) | ) | |
| | ) | |

'08 MJ1189

The undersigned complainant, being duly sworn, states:

On or about **April 16, 2008,** within the Southern District of California, defendant **Porfirio ORTEGA-Rivera**, with the intent to violate the immigration laws of the United States, knowing and in reckless disregard of the fact that aliens, namely, **Eric Johani GUADARRAMA-Alavez, Jesus CONTRERAS-Mora, Ruben ARMENTA-Torres,** had not received prior official authorization to come to, enter and reside in the United States, did bring to the United States said aliens and upon arrival did not bring and present said aliens immediately to an appropriate immigration officer at a designated port of entry; in violation of Title 8, United States Code, Section 1324(a)(2)(B)(iii).

And the complainant further states that this complaint is based on the attached statement of facts, which is incorporated herein by reference.

_____
SIGNATURE OF COMPLAINANT
James Trombley
Senior Patrol Agent

SWORN TO BEFORE ME AND SUBSCRIBED IN MY PRESENCE, THIS **17th** DAY OF **APRIL, 2008.**

_____
Barbara L. Major
UNITED STATES MAGISTRATE JUDGE

**CONTINUATION OF COMPLAINT:**
**Porfirio ORTEGA-Rivera**

## PROBABLE CAUSE STATEMENT

Furthermore, the complainant states that **Eric Johani GUADARRAMA-Alavez ,Jesus CONTRERAS-Mora  and Ruben ARMENTA-Torres** are citizens of a country other than the United States; that said aliens have admitted that they are deportable; that their testimony is material, that it is impracticable to secure their attendance at the trial by subpoena; and they are material witnesses in relation to this criminal charge and should be held or admitted to bail pursuant to Title 18, United States Code, Section 3144.

On April 16, 2008, Supervisory Border Patrol Agent M/ Hansen of the San Diego Sector Smuggling Interdiction Unit (SIG) was in plainclothes and operating an unmarked Department of Homeland Security vehicle. Agent Hansen was monitoring activities on Interstate 8 (I-8) of the I-8 checkpoint near Boulevard, California.  This area is located approximately  20 miles east of the Tecate, California Port of Entry and approximately 5 miles north of the United States/ Mexico International Boundary.

From an elevated position overlooking the westbound lanes of I-8 Agent Hansen observed a white Ford F-150 crew cab pickup truck and a small gray sedan conduct a U-turn from the eastbound to westbound I-8. Agent Hansen observed the two vehicles pull to the northern shoulder of I-8 approximately 200 yards east of his position and watched a large group run of people jump into the F-150.  The F-150 then began traveling westbound on I-8.

Agent Hansen requested assistance from a marked Border Patrol unit to assist with a vehicle stop, Senior Patrol Agent J. Miranda responded and waited at the Crestwood Road interchange.  Agents Miranda and Hansen followed the F-150 onto the westbound Old Highway 80. After passing La Posta Road, Agent Miranda activated his emergency lights and audible police siren.  The F-150 failed to yield. Senior Patrol Agent J. Petras responded and deployed a controlled tire deflation device flatting three of the F-150's tires. The F-150 came to an abrupt halt and the driver and the front seat passenger bailed out, running towards I-8. Supervisory Border Patrol Agent J. De La Torre quickly apprehended the front seat passenger, later identified as the the defendant **Porfirio ORTEGA-Rivera**

A search of the F-150 produced 13 passengers, 4 on the rear floor and 9 lying in the open bed.  All were wearing booties on their feet.  Booties are sections of cloth placed over the shoe tread in an effort to prevent their being tracked by Border Patrol Agents.  Agents Miranda, Petras and Senior Patrol Agents L. Rodriguez and T. Engelhorn identified themselves to the defendant and the 13 passengers and questioned them as to their citizenship and immigration status.  The defendant and the other 13 subjects admitted to being citizens and nationals of Mexico illegally present in the United States.   All 14 individuals were arrested at approximately 1:34 a.m. and transported the El Cajon Border Patrol Station for processing.

**Porfirio ORTEGA-Rivera**

## DEFENDANT STATEMENT:

The defendant was advised of his Miranda Rights, which he stated he understood and was willing to answer questions without having a lawyer present. The defendant stated that he is a citizen and national of Mexico without any immigration documents allowing him to be or remain in the United States legally. The defendant said that he has been arrested by Border Patrol 14 times in the past.

The defendant stated that he contacted a friend known to him as El Biruta who works as a foot guide for an alien smuggling organization based out of Los Angeles, California. Following the defendant's request, El Biruta made arrangements with his ASO to have the defendant hired as a foot guide. The defendant agreed to the ASO's offer to be paid $150.00 (USD) per successfully smuggled alien.

Regarding today's event, arrangements were made to have a group of 13 illegal aliens smuggled into the United States. The defendant wrapped the booties on each of the smuggled alien's shoes so that they would not leave any footprints behind. The group walked for approximately 3 hours, until they arrived at a pre-arranged pick-up location on the north side of I-8. Approximately 30 minutes later, a sedan followed by a white pickup truck arrived. Everyone in the group inside except the other two foot guides who were left behind.

The defendant said that they planned to drive to a location east of the two Border Patrol checkpoint near Pine Valley where they would exit the truck and begin walking west around the checkpoint. After going around the checkpoint they would get picked up again and be driven to the El Sombrero Restaurant in El Cajon, California. There they would turn over the group to an unknown person who would drive themto their destination.

## MATERIAL WITNESSES STATENTS

Ruben ARMENTA-Torres, Jesus CONTRERAS-Mora and Eric Johani GUADARRAMA-Alaves stated that they were citizens and nationals Mexico without any immigration documents that would allow them to be or remain in the United States legally. The material witnesses states that their destinations where to be locations in California. ARMENTA-Torres and CONTRERAS-Mora stated that they made smuggling arrangements with an unknown smuggler; GUADARRAMA-Alaves said his friend made arrangement for him to be smuggled. All three material witnesses stated that they or someone was going to pay a smuggling fee for them.