1  **ELIZABETH M. BARROS**
   California State Bar No. 227629
2  **FEDERAL DEFENDERS OF SAN DIEGO, INC.**
   225 Broadway, Suite 900
3  San Diego, CA 92101-5008
   (619) 234-8467/Fax: (619) 687-2666
4  E-Mail: elizabeth_barros@fd.org

5  Attorneys for Porfirio Ortega-Rivera

8                    UNITED STATES DISTRICT COURT

9                    SOUTHERN DISTRICT OF CALIFORNIA

11 | UNITED STATES OF AMERICA,    )  Case No. 08mj1189
                                  )
12 |           Plaintiff,          )
                                  )
13 | v.                            )  **CERTIFICATE OF SERVICE**
                                  )
14 | PORFIRIO ORTEGA-RIVERA,       )
                                  )
15 |           Defendant.          )
   |_____)

17        Counsel for Defendant certifies that a copy of the foregoing document has been served this day upon:

                            U.S. Attorney CR
                         Efile.dkt.gc2@usdoj.gov

                                        Respectfully submitted,

22 DATED:      April 22, 2008            /s/ Elizabeth M. Barros
                                        **ELIZABETH M. BARROS**
                                        Federal Defenders of San Diego, Inc.
                                        Attorneys for Porfirio Ortega-Rivera