UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

UNITED STATES OF AMERICA,               )
                                        )
                   Plaintiff            )       CRIMINAL NO. _08CR 1374-JLS_
                                        )
                                        )           ORDER |
            vs.                         )
                                        )       RELEASING MATERIAL WITNESS
                                        )
     Ortega - Rivera                    )
                                        )       Booking No.
                   Defendant(s)         )
_____ )

On order of the United States District/Magistrate Judge,

IT IS HEREBY ORDERED that the following named person heretofore committed to the custody of the United States Marshal as a material witness be released from custody:   (Bond Posted / Case Disposed / Order of Court).

Eric Johani Guadarrama-Alavez

DATED: ___5/1/08___

_____
UNITED STATES DISTRICT/MAGISTRATE JUDGE

RECEIVED _____                              OR
                   DUSM

                                        W. SAMUEL HAMRICK, JR.   Clerk

                                        by _____

                                               Deputy Clerk

CLERK'S OFFICE COPY
mc500 Crim-25 rev. 8-95                  ☆ U.S. GPO: 2003-581-774/70082